1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS M. NEWMAN (CTBN 422187)
4  Assistant United States Attorney
       9th Floor Federal Building
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-6805
       Fax:        (415) 436-6748
7
   Attorneys for the United States of America
8
              IN THE UNITED STATES DISTRICT COURT FOR THE
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA and        )
    VICTOR CROWE, Revenue Agent,        )   NO.
13                                       )
               Petitioners,             )   VERIFIED PETITION TO
14                                       )   ENFORCE INTERNAL
         v.                             )   REVENUE SERVICE SUMMONS
15                                       )
    MICHELE A. McCORMICK,               )
16                                       )
               Respondent.              )
17  _____)

18       Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Agent, **VICTOR**

19  **CROWE,** allege and petition as follows:

20       1.     This proceeding is brought and this Court has jurisdiction hereof under Sections

21  7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

22       2.     Petitioner **VICTOR CROWE** is and at all times mentioned herein was an

23  employee and agent of the Internal Revenue Service of the United States Department of the

24  Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions

25  described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and

26  7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and

27  301.7603-1).

28

3.    Petitioner **VICTOR CROWE** is and at all times mentioned herein was attempting in the course of authorized duties to determine and collect certain federal tax liabilities of **MICHELE A. McCORMICK** for the tax year of 2005.

4.    Petitioner **VICTOR CROWE** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to attempt to determine and collect the aforementioned federal tax liabilities of **MICHELE A. McCORMICK**, for the period stated in paragraph 3 above.

5.    Respondent **MICHELE A. McCORMICK**'s last known address is 2800 Longview Road, Antioch, CA 94509, which is within the venue of this Court.

6.    Petitioner **VICTOR CROWE** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7.    On October 24, 2007, in accordance with law, Petitioner **VICTOR CROWE** served a summons on respondent **MICHELE A. McCORMICK** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by leaving an attested copy of the summons at the last and usual place of abode of the respondent **MICHELE A. McCORMICK**.  The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as <u>Exhibit A</u> and is hereby incorporated by reference as a part of this petition.

8.    The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the determination and collection of the above-mentioned federal tax liabilities of **MICHELE A. McCORMICK** for the years stated in paragraph 3 above.  It was and now is essential to completion of petitioner's inquiry regarding the determination and collection of the above-mentioned federal tax liabilities of **MICHELE A. McCORMICK** for the years stated in paragraph 3 above that respondent produce the items demanded by said summons.

///

9. The respondent did not appear on November 6, 2007, as requested in the summons.

10. By letter dated November 16, 2007, respondent **RICHARD T. McCORMICK** was provided with another opportunity to comply by appearing for an appointment with Petitioner **VICTOR CROWE** on December 3, 2007. See <u>Exhibit B</u>.

11. As of the date of this petition, the respondent has failed to comply with the summons.

12. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B. That respondent be ordered by the Court to appear before the petitioner **VICTOR CROWE** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

SCOTT N. SCHOOLS
United States Attorney

THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

Verified Petition To Enforce
IRS Summons                                    3

1

## V E R I F I C A T I O N

I, **VICTOR CROWE**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Agent in the Walnut Creek, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2007 at Walnut Creek, California.

**VICTOR CROWE**



# Summons

In the matter of   Mrs. Michele A. McCormick

Internal Revenue Service (Division):   SB/SE Exam Group 1378

Industry/Area (name or number):   California Area 7

Periods:   2005 Form 1040 Federal Tax Return

### The Commissioner of Internal Revenue

**To:** Mrs. Michele A. McCormick

**At:** 2800 Longview Road, Antioch, Ca. 94509

You are hereby summoned and required to appear before   Victor Crowe Revenue Agent Exam Group 1378
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1. Did you receive any nontaxable income(such as gifts, inheritances, loans) in 2005? If so, submit a schedule showing the amount, date and nature of each such receipt.
2. Submit the general accounting records (journals, ledgers, etc.) for your business for 2005.
3. Submit all your bank statements (personal and business accounts) for 2005.
4. Submit the source documents related to your Schedule C business income (billing invoices, cash register tapes, etc.) for 2005.
5. Submit evidence (receipts, invoices, cancelled checks, other proofs of payment) to show that you incurred and paid the following business expenses in 2005.

| Description | Amount |
|---|---|
| Contract Labor | $116,000 |
| Rent-Vehicles, Machinery, Equipment | 8,564 |
| Supplies | 216,269 |

6. Submit the following documents for inspection:
(a) a copy of each Form 940, 941 and 1099 that you filed for 2005;
(b) a copy of your Federal income tax return for 2004 and 2006(if filed);
(c) a copy of each excise tax return that you filed for 2005;
(d) a copy of each Form W-4 in your files;
(e) copies of lease(s)/rental agreement(s) related to your 2005 Schedule C rent expenses.

---

### Do not write in this space

---

**Business address and telephone number of IRS officer before whom you are to appear:**

185 Lennon Lane, Walnut Creek, California 94598   925-974-3753

**Place and time for appearance at** 185 Lennon Lane, Walnut Creek California 94598

# IRS

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ____6th____ day of ___November___ 2007 at ___10:00___ o'clock ___a___ m.
(year)

Issued under authority of the Internal Revenue Code this _24th_ day of ___October___ _2007_
(year)                                                                                      (year)

_____
Signature of issuing officer

_____
Signature of approving officer (if applicable)

Revenue Agent, #68-11784
Title

Exam group Manager   94-11873
Title

**Original** — to be kept by IRS

Exhibit A



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 10/24/2007 | 10:24 Am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _N/A_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
|  | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: October 24, 2007       Time: _____ 10:00 a.m.

Name of Noticee: Mr. Richard T. McCormick

Address of Noticee (if mailed): 2800 Longview Road, Antioch, Ca. 94509

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☒ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
|  | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  | Revenue Agent |

Form **2039** (Rev. 12-2001)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
SUITE 470, SA-2801
4330 WATT AVENUE
SACRAMENTO, CA 95821-7012
(916) 974-5700
FAX (916) 974-5732

NOV 1 6 2007

CC:SB:7:SAC:1:GL:150381-07
KABeile

CERTIFIED and REGULAR MAIL

Michele A. McCormick
2800 Longview Road
Antioch, CA 94509

In re: Summons served on October 24, 2007

Dear Mr. McCormick:

The Small Business/Self-Employed Area of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on October 24, 2007. Under the terms of the summons you were required to appear before Revenue Agent Victor Crowe on November 6, 2007.

Legal proceedings may be brought against you in the United States District Court for not complying with the summons. To avoid such proceedings, you are to appear before Revenue Agent:

          Name: Victor Crowe
          Date: December 3, 2007, Monday
          Time: 10:30 a.m.
       Address: Internal Revenue Service
                185 Lennon Lane
                Walnut Creek, CA 94598

Exhibit B

CC:SB:7:SAC:1:GL:150381-07      - 2 -

Any books, records, other documents, or testimony called for in the summons should be produced at the date and time shown above.

If you have any questions, please contact Revenue Agent Victor Crowe at (925) 974-3753.

Sincerely,

KANDIS A. BEILE
Paralegal Specialist (Sacramento, Group 1)
(Small Business/Self-Employed)
IRS I.D. No. 94-10224

Enclosure:
Summons served on October 24, 2007

cc: Internal Revenue Service
    185 Lennon Lane
    Walnut Creek, CA 94598
    Att: Victor Crowe, Revenue Agent