1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3    9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California  94102
     Telephone:   (415) 436-6805
5    Fax:             (415) 436-6748

6  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and VICTOR CROWE, Revenue Officer,** | Case No.: 3:08-cv-110-MMC |
| Petitioners, | |
| v. | **MOTION FOR CONTINUANCE** |
| **MICHELE A. CROWE,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-3, petitioners request an extension of the March 7, 2008 hearing until May 2, 2008.  (Dckt. No. 3.)  Although several attempts have been made, petitioners have been unable to serve respondent with a copy of the January 10, 2008 Order to Show Cause. For that reason, the hearing should be rescheduled and petitioners request additional time to complete service.  An amended proposed Order to Show Cause is submitted herewith.

                                                                     JOSEPH P. RUSSONIELLO
                                                                     United States Attorney

                                                                      /s/ Thomas M. Newman
                                                                    THOMAS M. NEWMAN
                                                                    Assistant United States Attorney
                                                                    Tax Division

*Motion for Continuance*
Case No. 03:08-cv-110-MMC

1
2
3     **CERTIFICATE OF SERVICE**
      The undersigned further certifies that I caused a copy of the Motion to Continue and
4
Proposed Order were served by First Class Mail on the following:
5
       Michele A. McCormick
6      2800 Longview Road
       Antioch, CA 94509
7
Executed on **February 28, 2008** at San Francisco, California.
8
9
10                           /s/ Thomas M. Newman
                             THOMAS M. NEWMAN
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Motion for Continuance*
Case No. 03:08-cv-110-MMC