1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT FOR THE**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN FRANCISCO DIVISION**

11

**UNITED STATES OF AMERICA and**                    )
12 **VICTOR CROWE, Revenue Agent,**                   ) **Case No.  03:08-cv-00110-MMC**
                                                      )
13            **Petitioners,**                        )
                                                      ) **AMENDED ORDER**
14      **v.**                                        ) **TO SHOW CAUSE**
                                                      )
15 **MICHELE A. McCORMICK,**                          )
                                                      )
16            **Respondent.**                         )
                                                      )
17

18          Good cause having been shown by the petitioner upon its petition filed in the above-

entitled proceeding on January 7, 2008, it is hereby:
19

          **ORDERED** that respondent Michele A. McCormick appear before this Court on the 2nd
20

day of May, 2008, at 9:00 a.m., in Courtroom No. 7, 19th Floor, United States District Court,
21

450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why
22

respondent should not be compelled to appear and provide documents and testimony as required
23

by the summons heretofore served upon respondent as alleged and set forth in particular in said
24

petition; and it is further
25

          **ORDERED** that a copy of this Amended Order to Show Cause, together with a copy of
26

the aforesaid petition, be served upon said respondent  in accordance with Rule 4 of the Federal
27

Rules of Civil Procedure at least thirty-five (35) days before the return date of this Amended
28

**CASE NO. 03:08-CV-110-MMC**
**AMENDED ORD. TO SHOW CAUSE**              1

1  Order above specified; and it is further

2       **ORDERED** that within twenty-one (21) days before the return date of this Amended

3  Order, respondent may file and serve a written response to the petition, supported by appropriate

4  affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion

5  respondent desires to make, that the petitioner may file and serve a written reply to such

6  response, if any, within fourteen (14) days before the return date of this Amended Order; that all

7  motions and issues raised by the pleadings will be considered on the return date of this Amended

8  Order, and only those issues raised by motion or brought into controversy by the responsive

9  pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this

10  Amended Order, and any uncontested allegation in the petition will be considered admitted.

11       **ORDERED** this _____ day of _____, 2008, at San Francisco,

12  California.

13

14

15

16  _____

    **MAXINE M. CHESNEY**

17  **UNITED STATES DISTRICT JUDGE**

18

19

20

21

22

23

24

25

26

27

28

**CASE NO. 03:08-CV-110-MMC**
**AMENDED ORD. TO SHOW CAUSE**     **2**