1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS M. NEWMAN (CTBN 422187)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6805
     Fax:       (415) 436-6748

FILED
JAN - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08   0110   MMC

| | |
|---|---|
| UNITED STATES OF AMERICA and VICTOR CROWE, Revenue Agent,  Petitioners,  v.  MICHELE A. McCORMICK,  Respondent. | NO.  VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Agent, **VICTOR CROWE,** allege and petition as follows:

1. This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

2. Petitioner **VICTOR CROWE** is and at all times mentioned herein was an employee and agent of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

Verified Petition To Enforce
IRS Summons                                    1

1  3. Petitioner **VICTOR CROWE** is and at all times mentioned herein was
2  attempting in the course of authorized duties to determine and collect certain federal tax
3  liabilities of **MICHELE A. McCORMICK** for the tax year of 2005.

4  4. Petitioner **VICTOR CROWE** is and at all times herein was attempting in the
5  course of authorized duties to have respondent produce for inspection, examination and copying
6  by petitioner certain records possessed by respondent which are relevant and material to attempt
7  to determine and collect the aforementioned federal tax liabilities of **MICHELE A.**
8  **McCORMICK**, for the period stated in paragraph 3 above.

9  5. Respondent **MICHELE A. McCORMICK**'s last known address is 2800
10 Longview Road, Antioch, CA 94509, which is within the venue of this Court.

11 6. Petitioner **VICTOR CROWE** is informed and believes that said respondent is in
12 possession and control of records, paper and other data regarding income and other matters
13 covered by said petitioner's inquiry and to which petitioners do not otherwise have access,
14 possession, or control.

15 7. On October 24, 2007, in accordance with law, Petitioner **VICTOR CROWE**
16 served a summons on respondent **MICHELE A. McCORMICK** in respect to the subject matter
17 described in paragraphs 3, 4, and 6 above, by leaving an attested copy of the summons at the last
18 and usual place of abode of the respondent **MICHELE A. McCORMICK**. The requirements of
19 said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is
20 hereby incorporated by reference as a part of this petition.

21 8. The items sought by the summons described in paragraph 7 above are relevant to
22 and can reasonably be expected to assist in the determination and collection of the above-
23 mentioned federal tax liabilities of **MICHELE A. McCORMICK** for the years stated in
24 paragraph 3 above. It was and now is essential to completion of petitioner's inquiry regarding
25 the determination and collection of the above-mentioned federal tax liabilities of **MICHELE A.**
26 **McCORMICK** for the years stated in paragraph 3 above that respondent produce the items
27 demanded by said summons.
28 ///

Verified Petition To Enforce
IRS Summons                                  2

9. The respondent did not appear on November 6, 2007, as requested in the summons.

10. By letter dated November 16, 2007, respondent **RICHARD T. McCORMICK** was provided with another opportunity to comply by appearing for an appointment with Petitioner **VICTOR CROWE** on December 3, 2007. See Exhibit B.

11. As of the date of this petition, the respondent has failed to comply with the summons.

12. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B. That respondent be ordered by the Court to appear before the petitioner **VICTOR CROWE** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

SCOTT N. SCHOOLS
United States Attorney

THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

Verified Petition To Enforce
IRS Summons                                    3

## VERIFICATION

I, **VICTOR CROWE**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Agent in the Walnut Creek, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2007 at Walnut Creek, California.

_____
VICTOR CROWE



# Summons

In the matter of  Mrs. Michele A. McCormick
Internal Revenue Service (Division):  SB/SE Exam Group 1378
Industry/Area (name or number):  California Area 7
Periods:  2005 Form 1040 Federal Tax Return

## The Commissioner of Internal Revenue

To: Mrs. Michele A. McCormick

At: 2800 Longview Road, Antioch, Ca. 94509

You are hereby summoned and required to appear before  Victor Crowe Revenue Agent Exam Group 1378
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1. Did you receive any nontaxable income(such as gifts, inheritances, loans) in 2005? If so, submit a schedule showing the amount, date and nature of each such receipt.
2. Submit the general accounting records (journals, ledgers, etc.) for your business for 2005.
3. Submit all your bank statements (personal and business accounts) for 2005.
4. Submit the source documents related to your Schedule C business income (billing invoices, cash register tapes, etc.) for 2005.
5. Submit evidence (receipts, invoices, cancelled checks, other proofs of payment) to show that you incurred and paid the following business expenses in 2005.

| Description | Amount |
|---|---|
| Contract Labor | $116,000 |
| Rent-Vehicles, Machinery, Equipment | 8,564 |
| Supplies | 216,269 |

6. Submit the following documents for inspection:
(a) a copy of each Form 940, 941 and 1099 that you filed for 2005;
(b) a copy of your Federal income tax return for 2004 and 2006(if filed);
(c) a copy of each excise tax return that you filed for 2005;
(d) a copy of each Form W-4 in your files;
(e) copies of lease(s)/rental agreement(s) related to your 2005 Schedule C rent expenses.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

185 Lennon Lane, Walnut Creek, California 94598  925-974-3753

**Place and time for appearance at** 185 Lennon Lane, Walnut Creek California 94598

**IRS** on the  6th  day of  November  2007  at  10:00  o'clock  a  m.
Issued under authority of the Internal Revenue Code this  24th  day of  October  2007

Department of the Treasury
Internal Revenue Service            Signature of issuing officer            Revenue Agent, #68-11784      Title
www.irs.gov                                                                      Exam group Manager  94-11873
Form 2039 (Rev. 12-2001)    Signature of approving officer (if applicable)          Title
Catalog Number 21405J                                                  Original — to be kept by IRS

Exhibit A



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 10/24/2007 | 10:24 AM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _NA_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| [signed] | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: October 24, 2007         Time: 10:00 a.m.

Name of Noticee: Mr. Richard T. McCormick

Address of Noticee (if mailed): 2800 Longview Road, Antioch, Ca. 94509

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☒ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| [signed] | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| [signed] | Revenue Agent |

Form 2039 (Rev. 12-2001)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
SUITE 470, SA-2801
4330 WATT AVENUE
SACRAMENTO, CA 95821-7012
(916) 974-5700
FAX (916) 974-5732

**NOV 1 6 2007**

```
                          CC:SB:7:SAC:1:GL:150381-07
                          KABeile
```

CERTIFIED and REGULAR MAIL

Michele A. McCormick
2800 Longview Road
Antioch, CA 94509

In re: Summons served on October 24, 2007

Dear Mr. McCormick:

   The Small Business/Self-Employed Area of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on October 24, 2007. Under the terms of the summons you were required to appear before Revenue Agent Victor Crowe on November 6, 2007.

   Legal proceedings may be brought against you in the United States District Court for not complying with the summons. To avoid such proceedings, you are to appear before Revenue Agent:

```
          Name:    Victor Crowe
          Date:    December 3, 2007, Monday
          Time:    10:30 a.m.
       Address:    Internal Revenue Service
                   185 Lennon Lane
                   Walnut Creek, CA 94598
```

Exhibit B

CC:SB:7:SAC:1:GL:150381-07    - 2 -

    Any books, records, other documents, or testimony called for in the summons should be produced at the date and time shown above.

    If you have any questions, please contact Revenue Agent Victor Crowe at (925) 974-3753.

                              Sincerely,

                              */s/ Kandis A. Beile*

                            KANDIS A. BEILE
                            Paralegal Specialist (Sacramento,
                            Group 1)
                            (Small Business/Self-Employed)
                            IRS I.D. No. 94-10224

Enclosure:
Summons served on October 24, 2007

cc: Internal Revenue Service
    185 Lennon Lane
    Walnut Creek, CA 94598
    Att: Victor Crowe, Revenue Agent

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and VICTOR CROWE, Revenue Agent,<br><br>Petitioners,<br><br>v.<br><br>MICHELE A. McCORMICK,<br><br>Respondent. | Case No. 03:08-cv-00110-MMC<br><br>AMENDED ORDER TO SHOW CAUSE |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on January 7, 2008, it is hereby:

**ORDERED** that respondent Michele A. McCormick appear before this Court on the 2nd day of May, 2008, at 9:00 a.m., in Courtroom No. 7, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Amended Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Amended

CASE NO. 03:08-CV-110-MMC
AMENDED ORD. TO SHOW CAUSE                1

1 | Order above specified; and it is further ORDERED that respondent shall file proof of such service no later than April 4, 2008; and further
2 | ORDERED that within twenty-one (21) days before the return date of this Amended
3 | Order, respondent may file and serve a written response to the petition, supported by appropriate
4 | affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion
5 | respondent desires to make, that the petitioner may file and serve a written reply to such
6 | response, if any, within fourteen (14) days before the return date of this Amended Order; that all
7 | motions and issues raised by the pleadings will be considered on the return date of this Amended
8 | Order, and only those issues raised by motion or brought into controversy by the responsive
9 | pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this
10 | Amended Order, and any uncontested allegation in the petition will be considered admitted.
11 | **ORDERED** this __29th__ day of __February_____, 2008, at San Francisco,
12 | California.

_(signature)_
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

CASE NO. 03:08-CV-110-MMC
AMENDED ORD. TO SHOW CAUSE                    2




OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CERTIFIED MAIL

7006 0810 0001 9708 5615

RECEIVED MAR 25 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNCLAIMED

Michelle A. McCormick
2800 Longview Road
Antioch, CA 94509

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michelle A. McCormick
2800 Longview Road
Antioch, CA 94509

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

08-110 MMC

2. Article Number
7006 0810 0001 9708 5615

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED
08 MAR 25 PM 1:29
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA